IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
        Plaintiff,  )  2:10-cv-02552-GEB-DAD
        v.  )  ORDER CONTINUING STATUS
          )  (PRETRIAL SCHEDULING)
Deepak J. Patel, Individually  )  CONFERENCE
and d/b/a Mother Lode/Gold  )
Trail Motels; Divya D. Patel,  )
Individually and d/b/a Gold  )
Trail Motor Lodge and d/b/a  )
Mother Lode Motel,  )
        Defendants.  )
_____

        Plaintiff states in his Status Report filed on January 31, 2011: "Plaintiff has filed a request for Clerk's Entry of Default against the Defendants[, and he] anticipates a motion date in August 2011." (ECF No. 8, 3:12-14.)

        Plaintiff shall file a motion for entry of default judgment as to all Defendants before the Magistrate Judge within sixty days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on April 18, why this action should not be dismissed for failure of prosecution.

        Further, the status conference scheduled for February 14, 2011, is continued to commence at 9:00 a.m. on July 18, 2011. A status report shall be filed fourteen (14) days prior to the status conference

1

1 in which Plaintiff is required to explain the status of the default
2 proceedings.
3      IT IS SO ORDERED.
4 Dated:  February 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge